UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GREGORY S. ROBINSON, | CASE NO. 11-5302 RJB/KLS |
| Petitioner, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| v. | |
| SCOTT FRAKES, | |
| Respondent. | |

This matter comes before the Court on the Report and Recommendation of U.S. Magistrate Judge Karen L. Stombom. Dkt. 14. The Court has reviewed the Report and Recommendation, objections, and the remaining record.

The Report and Recommendation recommends denial of Petitioner's motion to proceed *in forma pauperis* because Petitioner has already paid his filing fee. Dkt. 14. Petitioner objects, and argues that although he has paid his filing fee, he will not be able to pay for other expenses in his case. Dkt. 16.

Under 28 U.S.C. § 1915(a)(1), a court may allow an indigent litigant to proceed with a civil action without paying a filing fee where certain conditions are met. Petitioner fails to point

ORDER ADOPTING REPORT AND
RECOMMENDATION- 1

to any authority to support his argument that a grant of *in forma pauperis* status entitles him to not having to pay other expenses of litigation. Petitioner here has paid the filing fee, and so his motion is moot. The Report and Recommendation (Dkt. 14) should be adopted and his application to proceed *in forma pauperis* should be denied.

It is hereby **ORDERED** that:

- The Report and Recommendation (Dkt. 14) **IS ADOPTED**;
- Petitioner's application to proceed *in forma pauperis* is **DENIED AS MOOT**.

The Clerk is directed to send uncertified copies of this Order to U.S. Magistrate Judge Karen L. Strombom, all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 31st day of May, 2011.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge