1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8    GREGORY S. ROBINSON,

9                                    Petitioner,          No. C11-5302 RJB/KLS

10        v.                                              ORDER FOR ADDITIONAL BRIEFING

11   SCOTT FRAKES,

12                                    Respondent.

13        This case was re-referred to United States Magistrate Karen L. Strombom.  ECF No. 25.

14   Pursuant to the District Court's Order, claim three and a portion of claim five (that trial counsel

15   was ineffective for failing to object to admission of the video evidence into the jury room) of the

16   habeas petition shall be considered on the merits.  Accordingly, the parties shall submit briefing

17   on these issues only.

18

19        Accordingly, it is **ORDERED** as follows:

20        1.        Respondent shall file and serve his brief on Petitioner's third claim and that

21   portion of Petitioner's fifth claim relating to the ineffectiveness of trial counsel (failure to object

22   to admission of the video evidence into the jury room) **on or before December 5, 2011.**

23        2.        Upon receipt of Respondents' brief, the Clerk will note the matter for

24   consideration on the fourth Friday after the brief is filed.   Petitioner may file and serve a

25   response to Respondents' brief not later than on the Monday immediately preceding the Friday

26

ORDER DIRECTING ADDITIONAL BRIEFING § 2254 PETITION - 1

appointed for consideration of the matter, and Respondents may file and serve a reply brief not later than the Friday designated for consideration of the matter.

DATED this  19th  day of October, 2011.

Karen L. Strombom
United States Magistrate Judge

ORDER DIRECTING ADDITIONAL BRIEFING § 2254 PETITION - 2