UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GREGORY S. ROBINSON,<br><br>Petitioner,<br><br>v.<br><br>SCOTT FRAKES,<br><br>Respondent. | No. C11-5302 RJB/KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the petition for writ of habeas corpus, the response, the Report and Recommendation of Magistrate Judge Karen L. Strombom (Dkt. 33), if any, and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation (Dkt. 33).

(2) Claims 3 and 5 of the petition for writ of habeas corpus (Dkt. 5) are **denied.**

(3) A Certificate of Appealability is **DENIED.**

(4) This action is **DISMISSED.**

**DATED** this 12th day of March, 2012.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1